800 A.2d 927

**UPPER GWYNEDD TOWNSHIP, Appellant,**

v.

**UPPER GWYNEDD TOWNSHIP POLICE ASSOCIATION, Appellee.**

Supreme Court of Pennsylvania.

Argued May 15, 2002.

Decided May 31, 2002.

### ORDER

PER CURIAM

The Order of the Commonwealth Court is affirmed.